USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ARIEL TAVERAS,

Plaintiff,

-v-

ALEXIS FURNITURE II INC., *et al.*,

Defendants.

1:26-cv-826-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The complaint in this action was filed on January 30, 2026. Dkt. No. 1. An electric summons was issued as to Defendants Alexis Furniture USA Inc, Alexis Furniture II Inc., Alexis Furniture Webster Inc, and Alexis Rosario on February 2, 2026. Dkt. No. 4. Defendants Alexis Furniture USA Inc, Alexis Furniture II Inc., and Alexis Furniture Webster Inc were served on March 17, 2026, with answers due April 7, 2026. Dkt. Nos. 7-9. Defendant Alexis Rosario was served on March 20, 2026, with an answer due April 10, 2026. Dkt. No. 6. As of August 19, 2026, no Defendant has filed an answer or otherwise responded to the complaint.

No defendants have appeared in this case, and it is unclear the extent to which this case is progressing. Plaintiff is accordingly ORDERED to provide an update on the status of this case, by letter filed on ECF, no later than August 21, 2026. Plaintiff is directed to serve a copy of this order and a copy of the status letter requested in this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: August 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge