USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ARIEL TAVERAS,

Plaintiff,

-against-

ALEXIS FURNITURE II INC., *et al.*,

Defendants.

---

1:26-cv-826-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 2, 2026, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 25, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's February 2, 2026 order forthwith and in any event no later than September 29, 2026. Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: September 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge