USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JOSE ARIEL TAVERAS,

Plaintiff,

-v-

ALEXIS FURNITURE II INC., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-826-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 28, 2026, Plaintiff filed proposed clerk's certificates of default as to Defendants Alexis Furniture II Inc., Alexis Furniture Webster Inc, Alexis Furniture USA Inc, and Alexis Rosario, Dkt. Nos. 14–17, along with a supporting affirmation, Dkt. No. 18. That same day, Plaintiff filed a letter informing the Court that "[u]pon the Clerk issuing Certificates of Default for each Defendant, Plaintiff will move for Default Judgments against each Defendant." Dkt. No. 20.

The Court expects that any application for default judgment will be made no later than October 19, 2026. In light of this expectation, the initial pretrial conference previously scheduled for October 2, 2026 is adjourned to October 28, 2026 at 2:00 p.m. Any application must be in full compliance with the Court's Individual Rules of Practice in Civil Cases. Plaintiff is specifically directed to comply with the procedure set forth in Attachment A of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: September 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge