USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2026

NHG LAW GROUP, P.C. COUNSELORS AT LAW

**MEMORANDUM ENDORSED**

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN

**Via: EDNY ECF** **October 16, 2026**

Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re:** ***Taveras v. Alexis Furniture II Inc. et al.*; 26-cv-00826-GHW**

Dear Hon. Judge Woods,

As you are aware, my office represents Plaintiff, Jose Ariel Taveras ("Plaintiff"), in the above-referenced FLSA action. Pursuant to Your Honor's Order, dated September 29, 2026, Plaintiff is to file his motion for default judgment by October 19, 2026. I write to respectfully request a brief extension of this deadline so that Plaintiff can confirm the accuracy of all information submitted to this court. This is Plaintiff's first such request.

Plaintiff, through counsel, has begun drafting his motion for default judgment, which includes a declaration in support of his motion. However, counsel is still gathering necessary details from her client and Plaintiff has not yet had an opportunity to review his declaration with counsel to confirm the information contained therein. Accordingly, Plaintiff respectfully requests a brief three-week extension, from October 19, 2026, through November 9, 2026, to file his motion for default judgment. Plaintiff does not anticipate the need for any further extensions.

Plaintiff remains available should Your Honor have any questions. I thank the Court for its time and consideration of this request.

Respectfully,

Victoria Spagnolo, Esq.

Application granted. The Court expects any application for default judgment to be made by November 9, 2026. In light of this expectation, the initial pretrial conference scheduled for October 28, 2026 is adjourned *sine die*. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

Plaintiff is ordered to serve this order on Defendants and to retain proof of service.

Dated: October 17, 2026

GREGORY H. WOODS
United States District Judge