USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

NHG LAW GROUP, P.C.
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.
JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS
ROSA COSCIA
CATALINA ROMAN

**Via: EDNY ECF** **November 9, 2026**

Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re: *Taveras v. Alexis Furniture II Inc. et al.*; 26-cv-00826-GHW**

Dear Hon. Judge Woods,

As you are aware, my office represents Plaintiff, Jose Ariel Taveras ("Plaintiff"), in the above-referenced FLSA action. Pursuant to Your Honor's Order, dated October 17, 2026, Plaintiff is to file his motion for default judgment by November 9, 2026. I write to respectfully request a brief extension of this deadline through November 16, 2026. This is Plaintiff's second such request.

The basis for this request is that the undersigned is still in the process of gathering information and documentation concerning Plaintiff's earned commissions, which is necessary to accurately calculate Plaintiff's alleged damages. Accordingly, Plaintiff respectfully requests a brief one-week extension, from November 9, 2026, through November 16, 2026, to file his motion for default judgment. Plaintiff does not anticipate requiring any further extensions.

Plaintiff remains available to address any questions the Court may have. Thank you for the Court's time and consideration of this request

.

Application granted. The Court expects any application for an order to show cause for default judgment against Defendants to be filed no later than November 16, 2026.

Respectfully,

Victoria Spagnolo, Esq.

SO ORDERED.

Dated: November 10, 2026
New York, New York

GREGORY H. WOODS
United States District Judge